THE STATE EX REL. BRYSON, APPELLANT, *v.* GAC
MERCHANDISING, INC. ET AL., APPELLEES.

[Cite as *State ex rel. Bryson v. GAC Merchandising,
Inc.*, 106 Ohio St.3d 40, 2005-Ohio-3556.]

(No. 2004–1435—Submitted May 10, 2005—Decided July 27, 2005.)

———————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR and LANZINGER, JJ., concur.

RESNICK and O'DONNELL, JJ., dissent and would reverse the judgment of the court of appeals.

———————

Mark R. Naegel, for appellant.

Jim Petro, Attorney General, and William J. McDonald, Assistant Attorney General, for appellee Industrial Commission of Ohio.